**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0083-WJM-CBS

KRISTIN MCINTOSH

    Plaintiff,

v.

MATTRESS LIQUIDATORS, INC., a Colorado corporation d/b/a MATTRESS KING, and 10500 WEST COLFAX, LLC, a Colorado limited liability company

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed April 12, 2013 (ECF No. 20). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 15th day of April, 2013.

BY THE COURT:

_\[signature\]_

William J. Martínez
United States District Judge